Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

479 A.2d 1123

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted October 24, 1983. James R. Protasio, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Appeal quashed.

479 A.2d 1124

Commonwealth v. Smith, Appellant.

Submitted January 20, 1984. George H. Eager, Assistant District Attorney, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.